NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN A. KOCH,     )
           )
   Appellant,    )
           )
v.          )  Case No. 2D16-2339
           )
CHARLENE P. KOCH,    )
n/k/a CHARLENE P. McKAY,  )
           )
   Appellee.    )
_____)

Opinion filed June 21, 2017.

Appeal from the Circuit Court for Pinellas
County; Jack Helinger, Judge.

Christin C. Brennan of Meros, Smith,
Lazzara, Brennan, Brennan & Olney, P.A.,
St. Petersburg, for Appellant.

Jane H. Grossman, St. Petersburg, for
Appellee.


VILLANTI, Chief Judge.


   Steven A. Koch appeals an order denying his motion to vacate and set

aside rulings premised upon Mr. Koch's allegations of wrongful conduct on the part of

his former wife's attorney. Mr. Koch also appeals an order of enforcement entered in

favor of his former wife in which he was ordered to continue paying his former wife's health insurance premiums.

To the extent that Mr. Koch seeks review of the order denying his motion to vacate and set aside rulings, we affirm without further discussion. To the extent that Mr. Koch seeks review of the order of enforcement, we must dismiss the appeal as premature because the order is nonfinal and nonappealable. See Fla. R. App. P. 9.110(*l*).

Affirmed in part; dismissed in part.

KELLY and BADALAMENTI, JJ., Concur.